IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 MAR 30 PM 8:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHEILA PITTS, )<br>)<br>Defendant. ) | Civil Action Number<br>02-C-2305-S |

ENTERED
MAR 31 2003

**FINDINGS OF FACT AND CONCLUSION OF LAW
ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

A. FINDINGS OF FACT

1. Plaintiff General Electric Capital Corporation filed this lawsuit on September 18, 2002.

2. Defendant Shelia Pitts was properly served with the Summons and Complaint in this action on September 20, 2002 (Document 3).

3. Defendant has failed to answer or otherwise plead to the Complaint within the period of time fixed by law.

4. Defendant is not an incompetent, infant, or member of the United States Armed Services.

5. On October 21, 2002, the Clerk of this Court entered default against Defendant.

6. Plaintiff has suffered damages in the following amounts: principal sum of $110,578.00; $9,995.63 in late fees; and $1,062.90 in attorneys' fees.

B. Conclusion of Law

Based on these findings, Plaintiff is entitled to default judgment in the amount of $121,636.53.

By separate order, a final default judgment will be entered.

Done this 30th day of March, 2003.

                                                          Chief United States District Judge
                                                          U.W. Clemon